EVANS R. DICK et al., Respondents, *v.* BUENA VISTA M. BUSCH, Appellant.

*Dick* v. *Busch*, 172 App. Div. ——, appeal dismissed.
(Argued May 22, 1916; decided May 30, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 14, 1916, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action by plaintiffs, stockbrokers, to recover a balance alleged to be due from defendant, a customer, arising from such defendant's trading in stocks.

The motion was made upon the ground that no questions of law were involved.

*Harry Baer* for motion.

*W. Russell Osborn* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.